In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00152-CV**
_____

**MARK EDWARD ATHANS, Appellant**

**V.**

**CHARITY LENEE PARCHEM ATHANS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 18-01-01228-CV**

**MEMORANDUM OPINION**

Appellant Mark Edward Athans filed a motion to dismiss this appeal. The motion appears to be voluntarily made by Athans, and it was filed prior to any decision of this Court. See Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

$$\overline{\hspace{3cm}}$$
LEANNE JOHNSON
Justice

Submitted on July 24, 2019
Opinion Delivered July 25, 2019

Before Kreger, Horton, and Johnson, JJ.